THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JAMES CODY BRYANT, a/k/a MELODY BRYANT,<br>Defendant. | No. CR26-196-KKE<br><br>MOTION TO SEAL DOCUMENT<br><br>Note on Motion Calendar:<br>November 30, 2026 |

Melody Bryant, through counsel, moves this Court to order that her motion for revocation of detention order be filed under seal and secured from public access until further order of the Court. The motion is provided under seal to ensure compliance with ¶ 5 of the Court's protective order, Dkt. 22 at 3. Counsel does not believe the order requires the motion to be sealed but, because counsel has not yet learned the government's position, respectfully asks the Court to provisionally accept the document under seal pending a statement by the government.

DATED this 18th day of November 2026.

Respectfully submitted,

s/ *Gregory Murphy*
Assistant Federal Public Defender
Attorney for Melody Bryant

I certify this motion contains 92 words in compliance with the Local Criminal Rules.



**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, WA 98101**
**(206) 553-1100**