THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JAMES CODY BRYANT, a/k/a MELODY BRYANT,<br>Defendant. | No. CR26-196-KKE<br><br>NOTICE OF WITHDRAWAL OF MOTION TO SEAL |

Melody Bryant, through counsel, hereby submits the following notice to withdraw her pending motion to seal, Dkt. 26.

Following the government's confirmation, counsel has determined Ms. Bryant's motion for revocation of detention order, Dkt. 28, does not require sealing and therefore respectfully requests entry of this notice.

DATED this 19th day of November 2026.

Respectfully submitted,

s/ *Gregory Murphy*
Assistant Federal Public Defender
Attorney for Melody Bryant



**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, WA 98101**
**(206) 553-1100**